FILED IN CLERK'S OFFICE
U.S.D.C. - Rome

AUG 3 0 2004

LUTHER D. THOMAS, Clerk
By:
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| LEJEAN KOGER, Individually and on behalf of a class of similarly situated persons, ) ) ) | |
| Plaintiffs, ) | |
| ) | Civil Action File |
| v. ) ) | No.: |
| TEXACO, INC., SHELL OIL COMPANY, PROTIVA, INC., MASHUD M. REZA, BABUL ISLAM, and all other persons and entities acting in concert with the named Defendants, ) ) ) ) ) ) | 4:04-CV- 205 |
| ) | |
| Defendants. ) ) | |

## NOTICE OF REMOVAL

All Defendants respectfully show:

1.

Texaco, Inc, Shell Oil Company, Protiva, Inc., Mashud M. Reza, Babul Islam, and all other persons and entities acting in concert with the named Defendants are the defendants in a civil action pending under Civil Action File Number 04CV00797 in the Superior Court of Catoosa County, State of Georgia, which is located within the jurisdiction of the United States District Court for the Northern District of Georgia, Rome Division.

2.

Plaintiff is a citizen and resident of Georgia and was at the time the civil action was commenced.

3.

Defendant Texaco, Inc. is a corporation incorporated under the laws of Delaware and regularly conducts business in the State of Georgia with a registered agent in Gwinnett County.

4.

Defendant Shell Oil Company is a corporation incorporated under the laws of Delaware and regularly conducts business in the State of Georgia with a registered agent in Gwinnett County.

5.

Defendant Protiva, Inc. is a corporation incorporated under the laws of the State of Georgia, with its principal place of business located in Georgia.

6.

Defendants Mashud M. Reza and Babul Islam are residents of Georgia and were at the time the civil action was commenced.

7.

This Court has original jurisdiction over plaintiff's claim against defendant, pursuant to 28 U.S.C. § 1331, because the claim under Title VII of the Civil Rights

Act of 1964, as amended arises under the laws of the United States and therefore constitutes a federal question giving the United States District Courts original jurisdiction over this matter.

6.

Venue is proper in the Northern District under 28 U.S.C. §§ 90(a)(2) and 1391(a), in that this action is brought in the judicial circuit and the division in which a substantial part of the events giving rise to the claim occurred.

7.

Removal of this action is predicated upon 28 U.S.C. § 1441(a).

8.

Defendant Texaco, Inc. was served on June 7, 2004 and Defendant Shell Oil Company was served on June 5, 2004. However, Defendants Protiva, Inc., Mashud M. Reza and Babul Islam were never served with process of the Complaint and Summons, however, they have elected to acknowledge service and all Defendants have consented to the removal of this matter to the United States District Court, Northern District of Georgia, Rome Division. Therefore, pursuant to 28 U.S.C. § 1446(b), defendant files this notice of removal in a timely fashion.

9.

A complete copy of the record in the Superior Court of Catoosa County, State of Georgia, Civil Action File Number 04CV00797, as served upon defendant is attached to this Notice as Appendix 1, pursuant to 28 U.S.C. § 1446(a).

10.

Defendant is providing written notice of the filing of this Notice for Removal to plaintiff by mailing a copy of this Notice to its attorney of record:

Mr. H. Kimbrell Sawyer, III
Sawyer & Sawyer
7587 Nashville Street
Ringgold, GA 30736

11.

In compliance with 28 U.S.C. § 1446(d), defendant is filing a copy of this Notice for Removal with the Superior Court of Catoosa County, State of Georgia.

WHEREFORE, defendant requests that this civil action be removed from the Superior Court of Catoosa County, State of Georgia, to the United States District Court for the Northern District of Georgia, Rome Division.

This ___ day of August, 2004.

Respectfully submitted,

_____  signed by HEE

Matthew F. McGahren
State Bar No. 491330

Attorney for Defendants Texaco, Inc., Shell Oil Company, Inc. Mashud M. Reza and Babul Islam on behalf of Protiva, Inc. pursuant to their contractual duty to indemnify and defend.

Baum, McGahren & Chiu, LLC
6171 Crooked Creek Road
Norcross, Georgia 30092

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| LEJEAN KOGER, Individually and on behalf of a class of similarly situated persons, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action File No.:_____ |
| TEXACO, INC., SHELL OIL COMPANY, PROTIVA, INC., MASHUD M. REZA, BABUL ISLAM, and all other persons and entities acting in concert with the named Defendants, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## CERTIFICATE OF SERVICE

I certified that I served a copy of the foregoing **NOTICE OF REMOVAL**

upon opposing counsel by depositing it in the United States Mail in a properly

addressed envelope with sufficient postage, addressed as follows:

> Mr. H. Kimbrell Sawyer, III
> Sawyer & Sawyer
> 7587 Nashville Street
> Ringgold, Georgia 30736

This _____ day of August, 2004.

_____
Matthew F. McGahren
State Bar No. 491330

Attorney for Defendants Texaco, Inc., Shell Oil Company, Inc. Mashud M. Reza and Babul Islam on behalf of Protiva, Inc. pursuant to their contractual duty to indemnify and defend.

Baum, McGahren & Chiu, LLC
6171 Crooked Creek Road
Norcross, Georgia 30092

## IN THE SUPERIOR COURT FOR CATOOSA COUNTY, GEORGIA

LEJEAN KOGER, Individually and on
behalf of a class of similarly situated
persons,

      Plaintiffs,

v.

TEXACO, INC., SHELL OIL COMPANY,
PROTIVA, INC., MASHUD M. REZA,
BABUL ISLAM, and all other persons and
entities acting in concert with the named
Defendants,

      Defendants.

No. 04CU00797

CATOOSA COUNTY, GA
FILED IN OFFICE

5-26 20 04

CLERK/DEPUTY CLERK

## COMPLAINT

1.    Plaintiff resides in Ft. Oglethorpe. Georgia. The acts giving rise to Plaintiff's claims occurred in Catoosa County. Georgia. where all of the Defendants did or do business. This Honorable Court has jurisdiction over the parties and subject matter of this lawsuit.

2.    The Plaintiff was employed for a number of years at a Shell convenience store located at 5511 Alabama Highway. Ringgold. Georgia 30736.

3.    The convenience store at which the Plaintiff was employed was owned and operated for many years by the Defendants Texaco. Inc. and Shell Oil Company who. at all times material. acted pursuant to entities controlled by them as agents. These other entities included Motiva. Inc. and Star Staff, Inc.

4.    In 2003. the Defendants Shell Oil Company and Texaco, Inc. entered into a transaction with Defendant Mashud Reza. As part of that transaction. Reza caused a number of different corporations controlled by him either alone or by persons acting in concert with him to take over the operation of a number of Shell convenience stores in the State of Georgia. Reza caused the incorporation of the Defendant Protiva. Inc. which undertook to operate the store at 5511 Alabama Highway. Ringgold. Georgia 30736.

1:5538 V1

5.     Defendant Reza. either alone. in concert with others, and in conjunction with a number of corporation controlled by him. including Defendant Protiva. Inc.. undertook to operate the Shell convenience stores in the State of Georgia on behalf of the Defendants Shell Oil Company and Texaco. Inc. As part of that transaction. the employees who worked inside the convenience stores sold Shell fuel products to the public for Shell and Texaco, Inc. Upon information and belief. at all times material. Shell Oil Company and/or Texaco, Inc.. or their subsidiaries or agents never relinquished ownership of the fuel until it was sold to the ultimate purchaser. At all times material. the Plaintiff was an employee of Shell Oil Company, Inc., Texaco. Inc.. Protiva. Inc.. and Mashud M. Reza.

6.     The Defendants Reza and Protiva. Inc. conferred regional authority for the operation of some or all of the Shell convenience stores upon Babul Islam.

7.     The Defendants Reza and Islam undertook to replace Caucasian managers at many. if not all. of the stores that they had begun to operate for Shell and Texaco. As part of this plan. the Defendants caused the demotion of the Plaintiff from her former position as Manager of the store located at 5511 Alabama Highway. Ringgold. Georgia 30736. She was replaced by a much younger. very inexperienced male by the name of Moni Mannaruzziman. who was of the same race as Defendants Reza and Islam.

8.     Plaintiff has heretofore filed charges of employment discrimination against Defendants with the Equal Employment Opportunity Commission. Once that Agency has an opportunity to complete its investigation. Plaintiff intends to amend her Complaint to seek relief under Title VII of the Civil Rights Act of 1964. as amended.

9.     The conduct of the Defendants in demoting her from her position as store manager in favor of a person with a different race violated Plaintiff's rights under 42 U.S.C. § 1981.

10.     The Defendants conducted a similar purge of Caucasian or American store managers at a large number of stores controlled by them within the State of Georgia for the purpose of replacing them with persons of the same race as the Defendants. Plaintiff accordingly sues upon behalf of all similarly situated persons who were demoted from or removed from their positions as store managers by the Defendants on account of their race.

11.    Plaintiff accordingly prays for leave to proceed as a representative of a class of all similarly situated persons. On behalf of herself and all such similarly situated persons, Plaintiff seek damages in the form of back pay. front pay. compensatory damages, punitive damages, attorneys fees under all applicable statutes, such equitable relief to which she may be found entitled. and all such other relief to which the Plaintiff and members of the class she seeks to represent are entitled.

12.    Plaintiff demands a jury to try all issues.

SHUMACKER WITT GAITHER &
WHITAKER, P.C.

By:   _____

Cynthia D. Hall. #318248
Frank P. Pinchak. #002094 (TN)
1100 SunTrust Bank Building
736 Market Street
Chattanooga. TN  37402-4856
(423) 265-8881

SAWYER & SAWYER

By:   _____

H. Kimbrell Sawyer. III. #628060
7587 Nashville Street
Ringgold. GA  30736
(706) 965-7580

DIRECTIONS

Lay the Document one inch from the margin here; fold the wrapper over one inch of the Document and insert fasteners.

IN THE _Superior_ COURT OF _Catoosa_ COUNTY
**STATE OF GEORGIA**

COPY OF SUMMONS

_Lejean Koger_

CIVIL ACTION,
NUMBER _04 CV 00797_

PLAINTIFF

VS.

_Texaco, Inc. Shell Oil Co., Protiva,_
_Inc., Mashud M. Reza,_
_Babul Islam_

DEFENDANT

TO THE ABOVE NAMED DEFENDANT: _Texaco, Inc._

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**SAWYER & SAWYER**
**ATTORNEYS AT LAW**
**7687 NASHVILLE STREET**
**RINGGOLD, GEORGIA 30738**
**TEL (706) 965-7580**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _21_ day of _May_ 20 _2004_

Clerk of Superior/State Court

BY _Sandy Lowery_
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-R5-2

CLYDE CASTLEBERRY CO., COVINGTON, GA. 30015

| | | | |
|---|---|---|---|
| Superior C | XX | Magistrate Court | ☐ |
| State Court | ☐ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Civil Action No. ___04CV-J797___

Date Filed ___May 21, 2004___

Georgia, ___Catoosa___ COUNTY

Lejean Kogen

**Attorney's Address**

H. K. Sawyer, III
7587 Nashville Street
Ringgold, GA 30736

Plaintiff

VS.

Texaco, Inc., Shell Oil Co.,
Protiva, Inc., Mashud M. Reza,
Babul Islam

Name and Address of Party to be Served.

Texaco, Inc., Texaco Refining &
Marketing, Inc.
c/o Prentice-Hall Corp. System
40 Technology Pkwy South, 300
Norcross, GA 30092

Defendant

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☐ I have this day served the defendant_____ personally with a copy of the within action and summons.

**NOTORIOUS**

I have this day served the defendant_____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

☐ Delivered same into hands of _____ described as follows: age, about_____ years; weight_____ pounds; height, about_____ feet and_____ inches, domiciled at the residence of defendant.

**CORPORATION**

☑ Served the defendant _Texaco Inc. Texaco Refining & Marketing Inc. Prentice Hall Corp. System_, corporation by leaving a copy of the within action and summons with_ Valerie Holmes _ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

☐ Diligent search made and defendant_____ not to be found in the jurisdiction of this Court.

This_ 7 _day of_ July _,20_ 04 _.

DEPUTY

SHERIFF DOCKET_____ PAGE_____

SC-85-2

GLOUCESTER PERRY CO. COVINGTON, GA. 30015

Civil Action No. ___04CV00797___

| | |
|---|---|
| Superior C | XXX |
| State Court | ☐ |
| Juvenile Court | ☐ |
| Magistrate Court | ☐ |
| Probate Court | ☐ |

Date Filed __May 21, 2004__

Georgia,__Catoosa__ COUNTY

Attorney's Address

RECEIVED
LEGAL FIRM
JUN 0 4 2004

Lejean Koger

_____
Plaintiff

VS.

Texaco, Inc., Shell Oil Co., Inc.,
Protiva, Inc., Mashud M. Reza,

Babul Islam
_____
Defendant

Name and Address of Party to be Served.

Shell Oil Co., Inc.
c/o Corporation Service Company
40 Technology Pkwy South, 300

Norcross, GA   30092

_____
Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☐ I have this day served the defendant_____personally with a copy
of the within action and summons.

**NOTORIOUS**

☐ I have this day served the defendant_____by leaving a
copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of_____described as follows:
age, about_____years; weight_____pounds; height, about_____feet and_____inches, domiciled at the residence of
defendant.

**CORPORATION**

Served the defendant_____Shell Oil Co. Inc._____a corporation
by leaving a copy of the within action and summons with_____Babul Islam (in charge)_____
in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

☐ Diligent search made and defendant_____
not to be found in the jurisdiction of this Court.

This___day of_____June___,20___

7·55·M

_____ DEPUTY

SHERIFF DOCKET_____ PAGE_____

**Corporation Service Company**
2711 Centerville Road Suite 400, Wilmington, DE, 19808
(888) 690-2882          sop@cscinfo.com

United States Corporation Company                                    The Prentice-Hall Corporation System, Inc.

## NOTICE OF SERVICE OF PROCESS

| | |
|---|---|
| **Date Processed:** 03-JUN-04 | **Transmittal #:** GA2082218C          ALL |

**To:** MS. DIANE BOWMAN, RM 1140
SHELL OIL COMPANY
910 LOUISIANA, ONE SHELL PLAZA
HOUSTON TX 77002

**Redirect sent to:**

**TYPE OF REPRESENTATION:** Statutory

**RECEIVED**
**LEGAL FIRM**

*We enclose the following documents which were served upon:*
Corporation Service Company
*as registered agent in* Georgia          *for*
SHELL OIL COMPANY (ID#: 1993163)
*Documents were served on* 03-JUN-04      *via Personal Service*          ID#: N/A

**JUN 0 4 2004**

**Title of Action:** LEJEAN KOGER, ET AL.
          **vs.** TEXACO, INC., ET AL.
     **Court:** THE SUPERIOR COURT OF CATOOSA COUNTY, GA
**Nature of Case:** Discrimination

**Case #:** 04CV00797

| | | |
|---|---|---|
| **X** Summons | _____ Notice of Mechanic's Lien | _____ A self-addressed stamped |
| **X** Complaint | _____ Notice of Attorney's Lien | envelope enclosed |
| _____ Garnishment | _____ Notice of Default Judgment | _____ Duplicate copies of the Notice |
| _____ Subpoena | | and Acknowledgement enclosed |

**X** Other:  ENTRY OF SERVICE

| | |
|---|---|
| **Answer Due:** WITHIN 30 DAYS | |
| **Documents Sent:** Federal Express | **ID#:** |
| **Call Placed:** No call placed | **Spoke to:** N/A |
| **Comments:** N/A | |

**Attorney for Claimant:**
     SAWYER & SAWYER
     7587 NASHVILLE STREET
     RINGGOLD, GA 30736

     706-965-7580

**Form Prepared By:** Carolyn Wayne

## Original Client Copy - for your records

The information on this transmittal is provided for use in forwarding the attached documents. This information does not constitute a legal opinion as to the facts or details of this action. These should be obtained from the documents themselves. The receiver of this transmittal is responsible for interpreting the documents and for taking appropriate action. If you have received only a copy of the transmittal, you should be aware that the documents have been sent to the original addressee. You should contact that addressee for details or interpretations of the content of those documents.

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐

I have this day served the defendant _____
of the within action and summons. _____ personally with a copy

**NOTORIOUS** ☐

I have this day served the defendant _____
copy of the action and summons at his most notorious place of abode in this County. _____ by leaving a

Delivered same into hands of _____
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of _____ described as follows
defendant.

**CORPORATION** ☐

Served the defendant _____
by leaving a copy of the within action and summons with _____ a corporation
in charge of the office and place of doing business of said Corporation in this County. _____

**TACK & MAIL** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐

Diligent search made and defendant _____
not to be found in the jurisdiction of this Court. _____

This _____ day of _____, 20 _____.

_____
**DEPUTY**

SHERIFF DOCKET _____ PAGE _____

---

No. 04CV0079 7

STATE OF GEORGIA

Superior Cou

CIVIL DIVISION

MARCH Term, 20 20

SUMMONS

Verdict and Judgment

COPY OF ORIGINAL

Lejean Koger

VS.

Texaco Inc., Shell Oil Co.
MAShud M. Rezi
Protiva Inc., Babul Islam

Filed in office, this 21
day

May 20 04

Sandy Lowery
Dep. Clerk

H.K. Sawyer
Plaintiff's Attorney